IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH CAP, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 14-5840 |
| | : | |
| JAMES L. KELSHAW, JR., et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this 26th day of January, 2015, upon consideration of Defendant Kelshaw's motion to dismiss (Document #2), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety with prejudice.

IT IS FURTHER ORDERED that this action is REMANDED to the Court of Common Pleas of Lehigh County for disposition of the remaining state law claims.

The Clerk of Court is directed to send the original record to the state court and to mark this action CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.